IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>SONY CORPORATION ET AL,<br><br>    Defendant. | No. C 10-00475 JSW<br>No. C 09-04755 JSW<br><br>**ORDER OF RECUSAL IN<br>RELATED MATTERS** |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled actions, hereby recuse myself from these cases and request that the cases be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

**IT IS SO ORDERED.**

Dated: September 29, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE